```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

ENZO VINCENZI,

    Plaintiff,

v.                          Case No: 2:21-cv-609-JES-NPM

BRIAN HOYT, individually and CARMINE MARCENO, in his official capacity as Sheriff in and for Lee County, Florida,

    Defendants.

_____

## ORDER

On August 15, 2022, the Court entered an Order (Doc. #56) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of September 2022.

                                          JOHN E. STEELE
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record